1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
3  Las Vegas, NV 89117
   (702) 872-5555
4  (702) 872-5545
   jburden@backuslaw.com
5
   Attorneys for Defendant,
6  *Albertson's LLC*

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9

10 HATTIE ARDEL BURTON,                    )  Case No. 2:13-cv-02330-RFB-NJK
                                           )
11                Plaintiffs,              )
                                           )
12        vs.                              )
                                           )
13 ALBERTSON'S LLC; Does 1-20; ROE         )
   CORPORATIONS 11-20; inclusive           )
14                                         )
                  Defendants.              )
15 _____)

16 **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

17        Plaintiff HATTIE ARDEL BURTON, by and through her counsel Jonathan R. Hicks, Esq.

18 of the RICHARD HARRIS LAW FIRM, and Defendant ALBERTSON'S LLC., by and through

19 its counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate

20 to dismiss all claims that have been brought and/or could have been brought in the above titled

21 litigation *with* prejudice.

22        This dismissal *does* completely resolve this entire matter.

23        Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

24 attorneys' fees and costs.

25        This stipulation is entered into in good faith, in the interests of judicial economy and not

1

for the purpose of delay.

DATED: ~~~~~~~~ 10-23-14   DATED: ~~~~~~~~

**BACKUS, CARRANZA & BURDEN**          **RICHARD HARRIS LAW FIRM**

_____         _____
JACK P. BURDEN, ESQ.                    Jonathan R. Hicks, Esq.
3050 South Durango Drive                801 South Fourth Street
Las Vegas, Nevada 89117                 Las Vegas, NV 89101
(702) 872-5555                          Tel: 702.444-4444
(702) 872-5545                          Fax: 702. 444-4455
jburden@backuslaw.com                   jonathan@richardharrislaw.com
*Attorneys for Defendant*               *Attorney for Plaintiff*
*Albertson's LLC*                       *Hattie Ardel Burton*

ORDER

IT IS SO ORDERED.

DATED this 27th day of October, 2014.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this ___ day of October_____, 2014.

                        Respectfully Submitted,

                        BACKUS, CARRANZA & BURDEN

              By:       _____
                        Jack P. Burden, Esq.
                        3050 South Durango Drive
                        Las Vegas, NV 89117
                        Attorneys for Defendant *Albertson's LLC*

2

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On _October 23_, 2014, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY CM/ECF SYSTEM:** by transmitting via the United States District Court's CM/ECF System to the following individuals for which such service is designated on the Service List.

| | | |
|---|---|---|
| Jonathan R. Hicks, Esq.<br>RICHARD HARRIS LAW FIRM<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Tel: 702.444-4444<br>Fax: 702. 444-4455<br>jonathan@richardharrislaw.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☒ CM/ECF<br>☐ Mail service |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ signature_
An employee of BACKUS, CARRANZA & BURDEN

3